61 A.3d 193

William NEAL, Petitioner

v.

Sheila WOODS–SKIPPER/Commonwealth, Respondent.

No. 211 EM 2012.

Supreme Court of Pennsylvania.

Feb. 7, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** Finally, the Prothonotary is directed to strike the name of the jurist from the caption.

61 A.3d 193

COMMONWEALTLH of Pennsylvania, ex rel.
Derrald HANDY AS–2003, Petitioner

v.

COMMONWEALTH of Pennsylvania, Pennsylvania BOARD
OF PROBATION & PAROLE, Respondent.

No. 210 EM 2012.

Supreme Court of Pennsylvania.

Feb. 7, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Prohibition is **DENIED.**